IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOSEPH TIGER-D PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-110 |
| | ) | |
| JAQULYN CHAMPION; VERNON BROWN; LIZ ROBERTS; JOY JOHNSON; STAN SHEPARD; TERRY BUSSEY; HOMER BRYSON; and JOHN and JANE DOES, in their individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JOSEPH TIGER-D PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-111 |
| | ) | |
| JAQULYN CHAMPION; VERNON BROWN; LIZ ROBERTS; JOY JOHNSON; STAN SHEPARD; TERRY BUSSEY; HOMER BRYSON; and JOHN and JANE DOES, in their individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's requests to proceed *in forma pauperis*, **DISMISSES** these cases without prejudice, and **CLOSES** these civil actions. If Plaintiff wishes to proceed with the claims raised in these lawsuits, he must initiate a new lawsuit, which would require submission of a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 24th day of August, 2016, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA